Lynne L. Bentley, Esq. (SBN 138389)
BORTON PETRINI, LLP
95 South Market Street, Suite 400
San Jose, CA 95113-2301
Telephone (408) 535-0870
Facsimile (408) 535-0878

Attorneys for Plaintiff BROTHERHOOD MUTUAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROTHERHOOD MUTUAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>GUIDEONE MUTUAL INSURANCE COMPANY,<br><br>Defendant. | Case No. C11-02148 JCS<br><br>**SUBSTITUTION OF ATTORNEY** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The law offices of BORTON PETRINI, LLP, 95 South Market Street, Suite 400, San Jose, California, 95113 (408) 535-0870, hereby substitute in as the attorneys of record for Plaintiff BROTHERHOOD MUTUAL INSURANCE COMPANY in place of their former attorneys of record, H. Joseph Cohen and Hillary L. Knipstein, located at 215 East Berry Street, P.O. Box 2263, Fort Wayne, IN 46802, (260) 423-9551.

We consent to this substitution.

Dated: 5/24/11

_____
H. JOSEPH COHEN

Dated: 5/24/11

_____
HILLARY L. KNIPSTEIN

1 | I accept this substitution.
2 | Dated: June 14, 2011                                   _____
3 |                                                        LYNNE L. BENTLEY, ESQ.
4 |
5 |
6 |
7 | Dated: June 16, 2011
8 |
9 |

**IT IS SO ORDERED**
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA