1  Lynne L. Bentley, Esq. (SBN 138389)
   BORTON PETRINI, LLP
2  95 South Market Street, Suite 400
   San Jose, CA 95113-2301
3  Telephone (408) 535-0870
   Facsimile (408) 535-0878
4  E-mail: lbentley@bortonpetrini.com

5  Attorneys for Plaintiff BROTHERHOOD MUTUAL
   INSURANCE COMPANY

6

7

8                  UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11  BROTHERHOOD MUTUAL INSURANCE        Case No. C11-02148 JCS
    COMPANY,
12                                      [PROPOSED] ORDER CONTINUING
                       Plaintiff,       CASE MANAGEMENT CONFERENCE
13
    v.
14
    GUIDEONE MUTUAL INSURANCE
15  COMPANY,

16                     Defendant.

17

18         Based upon the Stipulation of counsel to continue the Case Management Conference

19  currently scheduled for January 20, 2012, due to their unavailability, the Case Management

20  Conference is hereby continued to February _3_, 2012.  It is ordered that counsel for the parties

21  appear on that date at 1:30 p.m.

22

23  DATED: ___Jan. 12,_____, 2012

24                                      JUDGE OF THE SUPERIOR COURT
                                        JOSEPH C. SPERO
25                                      United States Magistrate Judge

26

27

28

                                        1