Lynne L. Bentley, Esq. (SBN 138389)
BORTON PETRINI, LLP
95 South Market Street, Suite 400
San Jose, CA 95113-2301
Telephone (408) 535-0870
Facsimile (408) 535-0878
E-mail: lbentley@bortonpetrini.com

Attorneys for Plaintiff BROTHERHOOD MUTUAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROTHERHOOD MUTUAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>GUIDEONE MUTUAL INSURANCE COMPANY,<br><br>Defendant. | Case No. C11-02148 JCS<br><br>**STIPULATION FOR DISMISSAL OF ACTION** |

IT IS HEREBY STIPULATED by and between Plaintiff BROTHERHOOD MUTUAL INSURANCE COMPANY and Defendant GUIDEONE MUTUAL INSURANCE COMPANY, and the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure §41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety. This case was resolved at Mediation.

DATED: October 25, 2012        BORTON PETRINI, LLP


By /s/ Lynne L. Bentley
Lynne L. Bentley, Esq.,
Attorneys for Plaintiff BROTHERHOOD MUTUAL INSURANCE COMPANY

1

STIPULATION FOR DISMISSAL OF ACTION

1  DATED: October 22, 2012        BANGERTER SHEPPARD, PC

2

3

4                                 By: /s/ W.E.F.
                                  William E. Frazier, Esq.
                                  Attorneys for Defendant GUIDEONE MUTUAL
5                                 INSURANCE COMPANY

6

7

8

9  Dated: 10/26/12

IT IS SO ORDERED

Judge Joseph C. Spero

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA